John Caracappa (*Pro Hac Vice*)
jcaracap@steptoe.com
Matthew N. Bathon (*Pro Hac Vice*)
mbathon@steptoe.com
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, DC 20336-1795
Tel: +1 202.429.3000
Fax: +1 202.429.3902

Douglas R. Peterson (Bar No. 215949)
dpeterson@steptoe.com
STEPTOE & JOHNSON, LLP
633 West 5th Street, Suite 700
Los Angeles, CA 90071
Tel: +1 213.439.9400
Fax: +1 213.439.9599

Laurie Edelstein
ledelstein@steptoe.com
Seth R. Sias
ssias@steptoe.com
STEPTOE & JOHNSON LLP
1 Market Street
Steuart Tower, Suite 1800
San Francisco, CA 94105
Telephone: (415) 365-6700
Facsimile: (415) 365-6699

*Attorneys for Plaintiff*
*BROADCOM CORPORATION*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VIZIO, INC., et al.,<br><br>　　　　Defendants. | Case No. 8:17-cv-00408-JVS-JCG<br>[Assigned to Hon. James V. Selna]<br><br>**ORDER APPROVING STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Complaint filed: March 7, 2017 |

On November 15, 2018, Broadcom Corporation ("Broadcom") and VIZIO, Inc. ("VIZIO"), jointly filed a Notice of Settlement and Stipulation of Voluntary Dismissal With Prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Having considered Broadcom's and VIZIO's Notice of Settlement and Stipulation of Voluntary Dismissal With Prejudice, and finding that good cause has been shown, IT IS HEREBY ORDERED THAT:

Broadcom's complaint in this matter is dismissed with prejudice as to all claims as to VIZIO. It is further ordered that each party will be responsible for its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: 8/7/2019

Honorable James V. Selna
United States District Judge